UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ZAPATA,

                Plaintiff,

          -against-

CORRECTIONAL HEALTH SERVICES, et al.,

              Defendants.

1:25-CV-3327 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Luis Zapata filed this action while he was held in West Facility on Rikers Island. By order dated April 30, 2025, the Court granted Plaintiff leave to proceed *in forma pauperis* ("IFP") as a prisoner. In that order, the Court informed Plaintiff that, even though the Court had granted him IFP status, pursuant to 28 U.S.C. § 1915(b)(1) and (2), the court would collect, from his prison trust fund account, in installments, the $350.00 filing fee to bring this action. (ECF 5.) Plaintiff has paid the $350.00 filing fee in installments, which were collected from his prison trust fund account.

In a letter received by the court on February 18, 2026, Plaintiff informed the court that he is currently held in the Manhattan Psychiatric Center. (ECF 10.) Since then, the court has received additional payments for this action from Plaintiff totaling $62.02. Because Plaintiff has already paid the $350.00 filing fee, the Court directs the Clerk of Court to issue Plaintiff a refund in the amount of $62.02.

**CONCLUSION**

The Court directs the Clerk of Court to issue Plaintiff a refund in the amount of $62.02.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 6, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2